MARY DALLARMI, Respondent, *v.* JOSEPH H. WILCOX et al., Appellants.

(Submitted March 9, 1888; decided March 23, 1888.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made November 10, 1885, which affirmed a judgment in favor of plaintiff, entered upon the report of a referee

*I. A. Wormuth* for appellants.

*H. R. Hadley* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.